1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

9   JOHN WILLIAM WALLACE,                    )
                                            )
10                Plaintiff,                 )
                                            )        3:12-cv-00223-LRH-VPC
11   vs.                                      )
                                            )
12   FEDERAL AGENT,                          )        **ORDER**
                                            )
13                Defendant.                 )
     _____/    )

14

15        Plaintiff has submitted a *pro se* civil rights complaint.  (ECF No. 3.)  Plaintiff has failed to either

16  pay the filing fee or submit an application to proceed *in forma pauperis* on the required form.  *See* 28

17  U.S.C. § 1915(a)(1)-(2); Local Rules of Special Proceedings 1-1, 1-2.  Accordingly, plaintiff's action

18  is dismissed without prejudice.  If plaintiff wishes to pursue this matter, he should file a new action, with

19  a new case number, along with either the $350.00 filing fee or a completed application to proceed *in*

20  *forma pauperis* on the court-approved form.  The application must be accompanied by all required

21  financial documentation, as described in the instructions for use of the form.

22        **IT IS THEREFORE ORDERED** that this action is **DISMISSED** without prejudice.

23        **IT IS FURTHER ORDERED** that the clerk **SHALL SEND** plaintiff the approved forms for

24  filing a civil rights lawsuits under 42 U.S.C. §1983, an application to proceed *in forma pauperis* by a

25  prisoner, as well as the document "Information and Instructions for Filing a Motion to Proceed *In Forma*

26  *Pauperis*."

27  ///

28  ///

1    **IT IS FURTHER ORDERED** that the clerk **SHALL SEND** plaintiff a copy of his initiating

2    documents (ECF No. 1) and complaint (ECF No. 3).

3    **IT IS FURTHER ORDERED** that the clerk **SHALL ENTER** judgment accordingly and close

4    this case.

5

6    DATED this 16th day of May, 2012.

7

8    _____

9    LARRY R. HICKS
     UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2