1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**

7

**DISTRICT OF NEVADA**

8
9

JOHN WILLIAM WALLACE,                )
                                     )
10                Plaintiff,         )
                                     )          3:12-cv-00223-LRH-VPC
11                                   )
vs.                                  )
12                                   )          **ORDER**
FEDERAL AGENT,                       )
13                                   )
                Defendant.           )
14  _____/

15          Plaintiff has submitted a *pro se* civil rights complaint.  (ECF No. 3.)  Plaintiff has failed to either

16  pay the filing fee or submit an application to proceed *in forma pauperis* on the required form.  *See* 28

17  U.S.C. § 1915(a)(1)-(2); Local Rules of Special Proceedings 1-1, 1-2.  Accordingly, plaintiff's action

18  is dismissed without prejudice.  If plaintiff wishes to pursue this matter, he should file a new action, with

19  a new case number, along with either the $350.00 filing fee or a completed application to proceed *in*

20  *forma pauperis* on the court-approved form.  The application must be accompanied by all required

21  financial documentation, as described in the instructions for use of the form.

22          **IT IS THEREFORE ORDERED** that this action is **DISMISSED** without prejudice.

23          **IT IS FURTHER ORDERED** that the clerk **SHALL SEND** plaintiff the approved forms for

24  filing a civil rights lawsuits under 42 U.S.C. §1983, an application to proceed *in forma pauperis* by a

25  prisoner, as well as the document "Information and Instructions for Filing a Motion to Proceed *In Forma*

26  *Pauperis.*"

27  ///

28  ///

1   **IT IS FURTHER ORDERED** that the clerk **SHALL SEND** plaintiff a copy of his initiating

2   documents (ECF No. 1) and complaint (ECF No. 3).

3   **IT IS FURTHER ORDERED** that the clerk **SHALL ENTER** judgment accordingly and close

4   this case.

5

6   DATED this 16th day of May, 2012.

7

8   _____

9   LARRY R. HICKS
    UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28